UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANY ALEXIS JONES, *on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>JHPDE FINANCE I, LLC;<br>FEDERATED LAW GROUP, PLLC;<br>DOUGLAS C. JACOBSEN;<br>BRYAN MANNO; and<br>JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:19-cv-13865-ES-CLW<br><br>**NOTICE OF MOTION** |

TO:   Shannon P. Miller, Esq.
　　　MAURICE WUTSCHER LLP
　　　10 W. Front St.
　　　Media, PA 19063
　　　*Attorneys for Defendants*

Please take notice that on December 4, 2023 at 10:00 A.M., or at such other time as counsel may be heard, the undersigned attorney for the Plaintiff, Tiffany Alexis Jones, will move for an Order to Dismiss this action pursuant to FED. R. CIV. P. 41(a)(2).

In support of the Motion, Plaintiff relies on the Declaration of Philip D. Stern, Esq. and the Memorandum of Law submitted with this Motion.

　　　　　　　　　　　　　　　　　　　　　Respctfully submitted,

　　　　　　　　　　　　　　　　　　　　　KIM LAW FIRM LLC
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　By: *s/Philip D. Stern*
　　　　　　　　　　　　　　　　　　　　　　　　Philip D. Stern
　　　　　　　　　　　　　　　　　　　　Dated: November 10, 2023