**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TIFFANY ALEXIS JONES, *on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>JHPDE FINANCE I, LLC;<br>FEDERATED LAW GROUP, PLLC;<br>DOUGLAS C. JACOBSEN;<br>BRYAN MANNO; and<br>JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:19-cv-13865-ES-CLW<br><br><br><br>**NOTICE OF JOINT MOTION** |

Please take notice that on June 3, 2024, at 10:00 A.M., or at such other time as counsel may be heard, the undersigned attorneys for the Plaintiff, Tiffany Alexis Jones, and for the Defendants, JHPDE Finance I, LLC, Federated Law Group, PLLC, Douglas C. Jacobson, and Bryan Manno, will JOINTLY move for an Order to Dismiss this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

Respectfully submitted,

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| KIM LAW FIRM LLC | MAURICE WUTSCHER LLP |
| | |
| By: */s/ Philip D. Stern* | By: /s/ *Shannon Miller* |
| Philip D. Stern, Esq. | Shannon Miller, Esq. |
| Dated: April 30, 2024 | Dated: April 30, 2024 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANY ALEXIS JONES, *on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>JHPDE FINANCE I, LLC;<br>FEDERATED LAW GROUP, PLLC;<br>DOUGLAS C. JACOBSEN;<br>BRYAN MANNO; and<br>JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:19-cv-13865-ES-CLW<br><br><br><br>**JOINT MOTION TO DISMISS<br>WITHOUT PREJUDICE** |

Plaintiff Tiffany Alexis Jones ("Plaintiff"), Defendant JHPDE Finance I, LLC ("Finance I"), Defendant Federated Law Group, PLLC ("FLG"), Defendant Douglas C. Jacobsen ("Jacobsen"), and Defendant Bryan Manno ("Manno") (Finance I, FLG, Jacobsen, and Manno are collectively referred to herein as "Defendants") hereby jointly move to dismiss this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). In support of their Joint Motion, the parties state as follows:

1. On November 14, 2022, Defendants filed their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), asserting that this Court was without subject-matter jurisdiction because Plaintiff lacked Article III standing. *See* Notice of Motion to Dismiss (Doc. 120) and Memorandum (Doc. 121).

2. On June 30, 2023, this Court entered an Opinion and Order Granting Defendants' Motion to Dismiss and dismissing the operative Second Amended Complaint *without prejudice*. *See* Opinion at p. 1 (Doc. 134); Order (Doc. 135).

3. Plaintiff did not move to amend the Scheduling Order, nor did she request leave to file a Third Amended Complaint after the expiration of the deadline for amendments. Therefore, Plaintiff did not show, nor did the Court find, that there was "good cause" for further modifying the Scheduling Order. *See* Rule 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.").

4. Furthermore, "a dismissal for lack of subject-matter jurisdiction is not an adjudication on the merits and thus should be ordered 'without prejudice.'" *Associated Builders & Contrs. Western Pa. v. Cmty. Coll. Of Allegheny Cnty.*, 81 F.4th 279, 291 (3d Cir. 2023) (cleaned up and citation omitted).

5. However, the Court's Order of June 30, 2023, provided that "Plaintiff may file an amended complaint within 30 days of this Order" and further provided that "failure to timely file an amended complaint that cures the deficiencies outlined in the Court's accompanying Opinion may result in a dismissal *with prejudice*." *See* Order (Doc. 135).

6. On July 26, 2023, Plaintiff commenced an action (the "State Action") in the Superior Court of New Jersey asserting the same claims as asserted in Plaintiff's Second Amended Complaint. *See* Plaintiff's Memorandum of Law in Support of her Motion to Dismiss (Doc. 141-1) at p. 1, ¶ 3, and p. 3, ¶ 10.

7. On July 28, 2023, Plaintiff filed her Third Amended Complaint. *See* Third Amended Class Action Complaint (Doc. 137).

8. Plaintiff asserts that the Third Amended Complaint "was inadvertently filed in this action" and further asserts that the filing of the Third Amended Complaint was "inconsistent with her intent to proceed with her claims in the previously filed State Action." *See* Memorandum (Doc. 141-1) at p. 2, ¶ 4.

9. Plaintiff and Defendants agree and stipulate that the Third Amended Complaint be withdrawn.

10. Plaintiff and Defendants jointly move for an Order dismissing, without prejudice, this action for the reasons outlined in the Court's Opinion (Doc. 134) of June 30, 2023. The parties are submitting a proposed order upon which they are agreed.

RESPECTFULLY SUBMITTED,

| FOR PLAINTIFF: | FOR DEFENDANTS: |
| --- | --- |
| KIM LAW FIRM LLC | MAURICE WUTSCHER LLP |
| | |
| By: */s/ Philip D. Stern* | By: /s/ *Shannon Miller* |
| Philip D. Stern, Esq. | Shannon Miller, Esq. |
| Dated: April 30, 2024 | Dated: April 30, 2024 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of the foregoing Joint Motion to Dismiss was served on this date via the electronic filing system to all parties.

/s/ *SHANNON MILLER*

_____

SHANNON MILLER

Dated:  April 30, 2024

4