# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANY ALEXIS JONES, *on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>JHPDE FINANCE I, LLC;<br>FEDERATED LAW GROUP, PLLC;<br>DOUGLAS C. JACOBSEN;<br>BRYAN MANNO; and<br>JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:19-cv-13865-ES-CLW<br><br><br><br>ORDER |

AND NOW, on this 1st day of May, 2024, upon consideration of the Parties' Joint Motion to Dismiss Without Prejudice, it is hereby ORDERED and DECREED that said Motion is GRANTED. Plaintiff's Third Amended Complaint is WITHDRAWN and this Action is DISMISSED WITHOUT PREJUDICE as to JHPDE Finance I, LLC, Federated Law Group, PLLC, Douglas C. Jacobsen, and Bryan Manno for the reasons outlined in the Court's Opinion (Doc. 134) of June 30, 2023.

SO ORDERED.  The Clerk of the Court shall CLOSE this matter.

_____
Esther Salas, U.S.D.J.